**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 99-1842

———————————

GREGORY G. WILLIAMS,

Plaintiff - Appellant,

versus

FEDERAL EXPRESS CORPORATION,

Defendant - Appellee.

———————————

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Graham C. Mullen, Chief District Judge. (CA-97-433-3-MU)

———————————

Submitted: December 16, 1999      Decided: December 21, 1999

———————————

Before MURNAGHAN and MOTZ, Circuit Judges, and BUTZNER, Senior Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Gregory G. Williams, Appellant Pro Se. Stacy Kaplan Weinberg, John Barnwell Anderson, PARKER, POE, ADAMS & BERNSTEIN, Charlotte, North Carolina, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Gregory G. Williams appeals the district court's order granting Defendant's motion for summary judgment on his employment discrimination complaint.  We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  See <u>Williams v. Federal Express Corporation</u>, No. CA-97-433-3-MU (W.D.N.C. May 25, 1999).[*]  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*] Although the district court's order is marked as "filed" on May 18, 1999, the district court's records show that it was entered on the docket sheet on May 25, 1999.  Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date the order was entered on the docket sheet that we take as the effective date of the district court's decision.  See <u>Wilson v. Murray</u>, 806 F.2d 1232, 1234-35 (4th Cir. 1986).